

**FILED**

AUG 15 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERTA SIMMONS,

   Plaintiff,

   v.

VISTA PRIETA HOMEOWNERS ASSOCIATION,

   Defendant.

Case No.  5:14-cv-03558 HRL

**SEALING ORDER**

Good cause appearing, pages of the complaint and other documentation submitted on August 6, 2014 containing plaintiff's personal identifier information shall be filed under seal.

**SO ORDERED.**

Dated: 8/15/14

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-03558-HRL Notice sent by U.S. Mail to:

Roberta Simmons
205 Vista Prieta Court
Santa Cruz, CA 95062