United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTA SIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> VISTA PRIETA HOMEOWNERS ASSOCIATION, <br><br> Defendant. | Case No.: 14-CV-03558-LHK <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT CASE BE DISMISSED |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation ("Report") to grant Plaintiff Roberta Simmons' ("Plaintiff") *in forma pauperis* application and dismiss the instant case for lack of jurisdiction. *See* ECF No. 5. The Report was filed on September 22, 2014, and mailed to Plaintiff on September 23, 2014. *See id.*; ECF No. 6. The time for objections has passed, and Plaintiff has not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the Report, as well as the record in this case, the Court finds that the Report is well-founded in fact and in law, and therefore adopts the Report. This case is hereby dismissed. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 17, 2014


_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-03558
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT CASE BE DISMISSED